UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04 CR 10240 MLW |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATION: |
| LEONARDO LARA, ) | 18 U.S.C. 2113(b) |
| ) | Bank Larceny |
| ) | |

**INFORMATION**

**Count One:**   18 U.S.C. § 2113(b):  Bank Larceny

The United States Attorney charges that:

On or about July 7, 2003, at Haverhill, in the District of Massachusetts,

LEONARDO LARA,

defendant herein, did, aid and abet the taking and carrying away, with intent to steal and purloin, money in the amount of $54,680.00, more or less, belonging to and in the care, custody, control, management, and possession of Fleet Bank, a federally insured financial institution.

All in violation of Title 18, United States Code, Section 2113(b) and Section 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
617-748-3264

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**  04 CR 10240 MLW  **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. II  Investigating Agency: FBI

City: Haverhill  Related Case Information:

County: Essex  
Superseding Ind./Inf. _____  Case No. _____  
Same Defendant _____  New _____  
Magistrate Judge Case Number: 04-MJ-208-JLA  
Search Warrant Case Number: _____  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Leonardo Lara  Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: _____

Birth date (Year only): 1980  SSN (last 4 #): 4404  Sex: M  Race: Hispanic  Nationality: _____

Defense Counsel if known: Lenore Glaser  Address: 25 Kingston Street, 6th Floor, Boson, MA 0211

Bar Number: _____

**U.S. Attorney Information:**

AUSA: John A. Capin  Bar Number if applicable: _____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested  ☒ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.  
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial  
☒ On Pretrial Release: Ordered by Alexander, M.J. on 5/13/04

Charging Document:  ☐ Complaint  ☒ Information  ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 12, 2004  Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Leonardo Lara

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  Bank Larceny | 18 U.S.C. 2113(b) and 2 | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

JS45.wpd - 1/15/04 (USAO-MA)