UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| V. | **NO. 04-10240-MLW** |
| **LEONARDO LARA**<br>        Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 Hearing on <u>SEPTEMBER 10, 2004</u> at 10:30 A.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                                                TONY ANASTAS
                                                                CLERK OF COURT

| | |
|---|---|
| <u>September 2, 2004</u><br>        Date | By:   /s/ Dennis O'Leary<br>        Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)                                        [ntchrgcnf.]
                                                                [kntchrgcnf.]