UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10240

| United States | Leonardo Lara |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Lenore Glaser |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK   O'Leary                    REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Change of Plea Hearing Held |
|---|---|
| 09/10/04 | Defendant takes the stand and is sworn. Court conducts waiver of indictment colloquy. Court accepts the defendant's waiver of indictment. Court marks the plea agreement as Exhibit 1 of today's date. Court conducts plea colloquy. Government summarizes the evidence had the case gone to trial. Defendant pleads guilty to the information. Court accepts the defendant's guilty plea and orders the clerk to enter the same. Defendant is released on the same conditions pending sentencing. Sentencing set for December 1, 2004 at 1:00 PM. Sentencing procedural order to issue. |