UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10240 MLW

UNITED STATES OF AMERICA
v.
LEONARDO LARA

**DEFENDANT'S MOTION TO CONTINUE SENTENCING [ASSENTED]**

Now comes the defendant in the above entitled action, with the assent of the Government, and moves this Honorable Court, pursuant to F.R.Crim. P. Rule 45, to continue the sentencing for thirty days.

As grounds for this motion, the defendant's attorney has a jury trial scheduled for December 1, 2004 in Commonwealth v. Neill, Docket number 0454CR0099 in the Dedham District Court. This trial has been continued five times and this date was the only date in 2004 which the government and all the witnesses had available.

The government is not prejudiced by this motion and assents to it. The defendant agrees that all time should be excluded in the interests of justice, pursuant to the Speedy Trial act.

Respectfully submitted,

| | |
|---|---|
| /s/ Lenore Glaser | /s/ John Capin |
| Lenore Glaser, Esq. | John Capin, AUSA |
| 25 Kingston Street, 6th Floor | U.S. District Court |
| Boston, MA 02114 | One Courthouse Way, |
| (617) 753-9988 | Boston, MA 02210 |
| BBO #: 194220 | |

Dated: November 2, 2004

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, Esq. do certify that a true copy of this motion was served upon, John Capin, AUSA at the U.S. District Court, 1 Courthouse Way, Boston, MA 02210 on November 2, 2004, by first class mail, postage prepaid.

_____
Lenore Glaser, Esq.