### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                              **CRIMINAL  CASE**
                                                               **NO. 04-10240-MLW**

                    **V.**

**LEONARDO LARA**
          **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1)      The **SENTENCING HEARING** previously scheduled for **DECEMBER 1, 2004** at **3:00 P.M.** before Judge **Wolf**, has been **RESCHEDULED** to **JANUARY 7, 2005** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2)      If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by **DECEMBER 23, 2004.**  Any responses shall be filed by **DECEMBER 30, 2004.**

3)      Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.


                                              **TONY ANASTAS**
                                              **CLERK OF COURT**

**November 24, 2004**              **By:   /s/ Dennis O'Leary**
        **Date**                          **Deputy Clerk**

**Notice to:**
(crim-dispo-cancel.wpd - 7/99)

[ntchrgcnf.]
[kntchrgcnf.]