# LAW OFFICES OF LENORE GLASER
*ATTORNEY AT LAW / ABOGADA BILINGUE*

---

25 KINGSTON STREET
6th Floor
BOSTON, MA 02111

Tel: (617) 753-9988
Fax: (617) 338-2115
Email: lglaser@glaser-law.com

November 19, 2004

Judge Mark L. Wolf
U.S. District Court
One Courthouse Way
Boston, MA 02210
**Attention: Dennis O'Leary, Clerk**

Re: *Leonardo Lara*
    *No. 04-10240 MLW*

Dear Judge Wolf :

     Pursuant to your order of November 8, 2004, this letter is to inform you that the trial date in <u>Commonwealth v. Neill</u>, Docket no. 0454CR0099 is still a firm date for trial in the Dedham District Court.

Sincerely,

Lenore Glaser, Esq.
LG/lp