UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>

V.

<u>**LEONARDO LARA**</u>
       **Defendant(s)**

**CRIMINAL CASE
NO. <u>04-10240-MLW</u>**

## NOTICE OF CANCELLATION/RESCHEDULING

<u>**WOLF, D.J.**</u>

1) The <u>**SENTENCING HEARING**</u> previously scheduled for <u>**JANUARY 7, 2005**</u> at <u>**3:00 P.M.**</u> before Judge <u>Wolf</u>, has been RESCHEDULED to <u>**JANUARY 28, 2005**</u> at <u>3:00 P.M.</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by JANUARY 14, 2004. Any responses shall be filed by JANUARY 21, 2004.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                                                     TONY ANASTAS
                                                                     CLERK OF COURT

**December 14, 2004**                      By:    **/s/ Dennis O'Leary**
    Date                                                        **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]