UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal No. 04-10240-MLW |
| v. | ) | (Magis. No. MJ04-M-208 JLA) |
| | ) | |
| **LEONARDO LARA** | ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, arrest warrants, and supporting affidavit in this matter. As grounds for this motion, the government states that the defendants in the related cases have been charged and arrested and there is no continuing reason to keep the above-referenced documents sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
(617)748-3264

Dated: December 30, 2004