UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEONARDO LARA )<br>)<br>Defendant )<br>) | CASE NO. 04-10240-MLW |

**JOINT MOTION TO EXTEND DEADLINES TO FILE
MEMORANDA AND PLEADINGS RELATING TO SENTENCING**

The parties hereby request leave for the government to file motions and memoranda relating to sentencing in this case by January 19, 2005 and for the defendant to file motions and memoranda by January 21, 2005. As grounds, the parties state as follows:

1. In the Procedural Order Re: Sentencing Hearing (Docket Entry 14), the Court ordered that any motions or other pleadings relating to sentencing be filed on dates that were two weeks before sentencing, with responses due one week before sentencing. The Court has since re-scheduled sentencing to take place on January 28, 2005. Thus, sentencing pleadings and responses are presumably due on January 14, 2005 and January 21, 2005, respectively.

2. Under the plea agreement in this case, the government may recommend that the Court depart below the range provided as guidance in the United States Sentencing Guidelines, based on the factors set forth at U.S.S.G. § 5K1.1. The government has not yet determined whether to make such a recommendation but anticipates making such determination by no late than January 19, 2005. For this reason, the government seeks leave to file any such motion by January 19, 2005.

3. The defendant may wish to file a memorandum addressing sentencing issues and will be in a better position to do so after learning what the government's recommendation will be. For this reason, the defendant seeks leave to file a sentencing memorandum by January 21, 2005.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | LEONARDO LARA |
| United States Attorney, | By His Attorney, |

By:

/s/ John A. Capin                                   /s/ Lenore Glaser
_____            _____
JOHN A. CAPIN                                Lenore Glaser, Esq.
Assistant U.S. Attorney                   25 Kingston Street
617)748-3264                                   Boston, MA 02111
                                                          (617)753 9988