UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10240-MLW** |
| V. | |
| **LEONARDO LARA** | |
| Defendant(s) | |

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **JANUARY 28, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.

TONY ANASTAS
CLERK OF COURT

**January 27, 2005**          By:    /s/ Dennis O'Leary
   Date                                       Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]