UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                     **NO. 04-10240-MLW**

**V.**

**LEONARDO LARA**
        **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **MAY 13, 2005** at **2:00 P.M.** before Judge **Wolf**, has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

**May 12, 2005**                By:  /s/ Dennis O'Leary
        Date                         Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                             [ntchrgcnf.]
                                                     [kntchrgcnf.]