UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**
                                                    **NO. 04-10240-MLW**

                    V.

**LEONARDO LARA**
          **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, has been RESCHEDULED to **JUNE 13, 2005, 2005** at **3:30 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by MAY 30, 2005. Any responses shall be filed by JUNE 6, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

**May 17, 2005**                By:    /s/ Dennis O'Leary
     Date                               Deputy Clerk

Notice to:
(crim-dispo-cancel.wpd - 7/99)                     [ntchrgcnf.][kntchrgcnf.]