UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10240 MLW

UNITED STATES OF AMERICA

v.

LEONARDO LARA

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Now comes the defendant in the above entitled action, moves this Honorable Court, pursuant to F.R.Crim. P. Rule 45, to continue the sentencing until a date after June 21st, 2005. As grounds for this motion, the defendant's attorney will be on vacation from June 10th - June 21st, 2005.

The government is not prejudiced by this motion. The defendant agrees that all time should be excluded in the interests of justice, pursuant to the Speedy Trial act.

Respectfully submitted,
LEONARDO LARA
By his attorney,


  /s/ Lenore Glaser
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02114
(617) 753-9988
BBO #: 194220


                              Dated: May 17, 2005