UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE NO. 04-10240-MLW**

**V.**

**LEONARDO LARA**
    **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, PREVIOUSLY SCHEDULED for **JUNE 13, 2005** at **3:30 PM** has been RESCHEDULED to **JUNE 23, 2005, 2005** at **3:00 P.M.** in Courtroom # **10** on the **5**th floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by JUNE 9, 2005. Any responses shall be filed by JUNE 16, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                          SARAH A. THORNTON
                                          CLERK OF COURT

**June 9, 2005**          By:   /s/ Dennis O'Leary
    Date                         Deputy Clerk

Notice to:
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]