UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10240

| United States of America | Leonardo Lara |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Lenore Glaser |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/23/05 | Advisory guidelines are as follows: TOL 10, CH III, 10-16 months custody, 24-36 months supervised release |
| | $2K-$20K fine, $54,600 restitution and $100 special assessment fee.  Government recommends a downward |
| | departure to 24 months probation with the first 7 months on home confinement, low end fine, joint and |
| | several liability for restitution in the amount of $54,600 and $100 special assessment fee.  Defendant advocates |
| | a sentence of 24 months probation without the home confinement and restitution in a fixed amount of $5,000. |
| | Defendant addresses the court.  Formal sentencing: Court allows the governments motion for downward |
| | departure and sentences the defendant to 24 months probation on the standard condition plus pay the balance |
| | of restitution in the amount os $10K, no new credit charges or lines of credit without the approval of probation, |
| | must provide any financial information requested by probation which may be shared with the US Attorney's |
| | Office.  Court does not impose a fine but does impose a mandatory $100 special assessment fee.  Defendant |
| | advised of his right to appeal and to counsel. |
| | |
| | |
| | |
| | |
| | |
| | |