AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE | DISTRICT OF | MASSACHUSETTS

**APPEARANCE**

Case Number: 04-CR-10240-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LEONARDO LARA

I certify that I am admitted to practice in this court.

1/4/2007
Date

Signature

Philip R. Boncore    048940
Print Name           Bar Number

1140 Saratoga St
Address

E. Boston   MA   02128
City        State  Zip Code

617-561-0999
Phone Number          Fax Number