Prob12C
(7/93)

## United States District Court
### for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Leonardo Lara     **Case Number:** 04-10240-01-MLW

**Name of Sentencing Judicial Officer:** Honorable Mark L. Wolf, Chief U.S. District Judge

**Date of Original Sentence:** June 23, 2005

**Original Offense:** Bank Robbery, in violation of 18 U.S.C. § 2113 (b)(2)

**Original Sentence:** 24 month term of probation

**Type of Supervision:** Probation     **Date Supervision Commenced:** June 23, 2005

**Asst. U.S. Attorney:** John A. Capin     **Defense Attorney:** Lenore Glaser

---

### PETITIONING THE COURT

[X]   To issue a warrant to be lodged as a detainer.

On June 23, 2005, Leonardo Lara appeared before Your Honor for sentencing following his conviction for Bank Robbery. He was sentenced to a 24 month term of probation. The following special conditions were imposed: The defendant is to pay the balance of the restitution according to a court ordered repayment schedule; The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule; The defendant is to provide the probation officer access to any requested financial information, which may be shared with the U.S. Attorney's Office. To date Mr. Lara has paid a total of $3,470 in restitution.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition:** While on supervised release the defendant will not commit another federal, state or local crime.<br><br>According to a Danvers Police Report: On Tuesday, November 14, 2006 at about 0815 hours Officer Baldassares was conducting surveillance on an unrelated criminal investigation at the Day's Inn Motel in a Danvers Police unmarked police cruiser. The Day's Inn Motel is a common location for all types of criminal activity including the illegal sale of narcotics. During the surveillance, Officer Baldassares witnessed a red Pontiac G6 MA plate #: 65RR90 circle slowly through the parking lot. The vehicle was registered to Enterprise Rent-a-Car of Billerica, MA.  As the vehicle passed by Officer Baldassares' unmarked cruiser, he noticed there was one occupant in the vehicle, wearing a baseball hat and sitting in a slouched position as if he was hiding in the car. Eventually, the Pontiac pulled into a parking space and waited for approximately 20 minutes to meet with a white male who exited a nearby truck.  The two individuals engaged in a short conversation and the white male walked away into a motel room on the first floor. After approximately fifteen minutes the red Pontiac pulled out of the parking space at a high rate of speed and began to circle the motel parking lot again. Officer Baldassares contacted K9 Officer Woods for assistance in the apprehension of the occupant of the red Pontiac. K9 Officer Woods stopped the red Pontiac and began to question the occupant.<br><br>The occupant of the red Pontiac was identified as Leonardo Lara.  Officer Woods noticed a small infant in an infant car seat in the back of the vehicle, however the car seat was not secured by a seatbelt as required.  Mr. Lara appeared very nervous and his body language suggested that he was hiding something.  He explained that he was "eating and waiting for his girlfriend".  Officer Woods did not observe any food, and further questioning caused Mr. Lara to become confused. |

Prob 12C — 2 —  Petition for Warrant or Summons
for Offender Under Supervision

performed on the vehicle which registered a "hit" for an illegal substance. After receiving this information, a search of the inside of the motor vehicle resulted in three clear plastic "twist" bags of a white powdery substance that was believed to be cocaine. The three bags were located in the open compartment of the driver side door. Also found during the search in the inside of the middle console were three clear plastic bags, a small silver weighing scale, a box of baking powder and a small silver blade. All the above items are popular tools for the illegal distribution of cocaine.

It should be noted that following Mr. Lara's arrest, officers called to have the vehicle towed. While officers remained with the infant, Mr. Lara's cell phone continuously rang. An officer eventually answered the cell phone, and a female on the line indicated that she was the mother of the infant, and that she was approaching the officer from the motel. After a conversation with the woman, officers learned that she was a part-time prostitute, and that Mr. Lara had introduced her to a friend of his so they could met once a month at the motel, in order for her to earn some extra money.

Mr. Lara has been charged with Trafficking Cocaine (over 14 grams), and Possession with Intent to Distribute Class B Cocaine in Salem District Court (Dkt#0636CR3882). He was arraigned on Wednesday, November 15, 2006 and his next court date in Salem District Court is scheduled for Wednesday, November 22, 2006. Mr. Lara is being held on $10,000 cash bail.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

_____
Joseph F. LaFratta
Supervising U.S. Probation Officer

Respectfully submitted,

By  _____
Craig A. Orze
U.S. Probation Officer
Date: November 15, 2006

**THE COURT ORDERS**
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

November 22, 2006
Date