AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

| UNITED STATES OF AMERICA | |
|---|---|
| | **WAIVER OF RULE 32.1 HEARINGS** |
| | (Probation/Supervised Release Violation) |
| V. | |
| | CASE NUMBER: 04-CR-10240-MLW |
| LEONARDO LARA | |
| | CHARGING DISTRICTS |
| Defendant | CASE NUMBER: same as above |

I understand that charges are pending in the _____ District of _____ Massachusetts _____

alleging violation of _____ Supervised Release _____ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(✓) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

1/5/2007
Date

_____
Defense Counsel

D. Mass
1/5/07
JARRETT LOVETT