AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

IN CLERKS OFFICE

_____ DISTRICT OF _____

UNITED STATES OF AMERICA 2007 JAN -5  P 2: 43
V.
LEONARDO  U.S. DISTRICT COURT
             DISTRICT OF MASS.

**WARRANT FOR ARREST**

CASE NUMBER: CR04-10240-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Leonardo Lara__
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☑ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

__Dennis O'Leary__                              __Deputy Clerk__
Name of Issuing Officer                          Title of Issuing Officer

__[signature]__                                  12/8/06  Boston, MA
Signature of Issuing Officer                     Date and Location

2006 DEC 27  P 12: 16

Bail fixed at $ _____    by _____
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Francis Lawson Jr. | |
| DATE OF ARREST | Deputy U.S. Marshal | |