UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CR-10240-MLW

UNITED STATES OF AMERICA

v.

LEONARDO LARA

### ASSENTED TO MOTION TO CONTINUE HEARING

The Defendant, Leonard Lara, respectfully requests this Honorable Court to grant a continuance of the Probation Revocation/Detention Hearing which is scheduled for February 6, 2007 at 10:00 a.m. As reasons therefore, the Defendant states the following:

1. The Defendant was arrested on a charge of Possession with Intent to distribute and was arraigned in Salem District Court, Essex County, Massachusetts.

2. This arrest caused U.S. Probation Officer, Craig A. Orze to petition for the Revocation of the Defendant's Probation

3. On January 5, 2007 Mr. Lara appeared before Magistrate Judge Joyce London Alexander, whom issued an order amending the conditions of his release until the matter at the Salem District Court could be resolved.

4. The Defenant has a probable cause hearing scheduled for February 15, 2007 at the Salem District Court which may or may not resolve the matter.

WHEREFORE, for the foregoing reasons, the defendant Leonardo Lara, respectfully requests that this Honorable Court grant the defendant's Motion to Continue the Probation Revocation/Detention Hearing and reschedule it sometime after March 15, 2007 or until the matter in the Salem District Court is resolved. This motion is assented to by U.S. District Attorney John Capin.

Law Offices Of
Philip R. Boncore, P.C.
1140 Saratoga Street
Boston, Massachusetts 02128
Tel. 617-561-0999
FAX 617-561-8385

Respectfully submitted,
Leonardo Lara, Defendant,
By his attorney,

*[signature]*

PHILIP R. BONCORE
Law Office of Philip R. Boncore, P.C.
1140 Saratoga Street
East Boston, MA 02128
(617) 561-0999
BBO#: 048940

Assented to by,

*[signature]*

John A. Capin, Assistant U.S. Attorney

Date: 1/10/07

Law Offices Of
Philip R. Boncore, P.C.
1140 Saratoga Street
Boston, Massachusetts 02128
Tel. 617-561-0999
FAX 617-561-8868