UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )     CASE NO. 04-10240-MLW
                                    )
LEONARDO LARA                       )
                                    )
         Defendant                  )
_____)

## JOINT STATUS REPORT

In accordance with the Court's Order of January 24, 2007, the parties hereby report on the status of this matter. This is a probation revocation proceeding stemming from allegations that the defendant committed a drug-trafficking crime for which he was charged in Salem District Court. The matter was originally scheduled for a final revocation hearing on February 6, 2007. On January 10, 2007, the defendant, with the government's assent, filed a motion to continue the revocation hearing with the expectation that state prosecution may be resolved by mid-March. The Salem District Court dismissed the action against the defendant on February 15, 2007. The Essex County District Attorney's Office has stated an intention to seek an indictment based on the conduct that underlay the district court action.

The parties request that this Court hold the probation revocation proceeding in abeyance for approximately 60 days and propose to report back to the Court on or before May 15, 2007 on the status of the state court proceedings.

Respectfully submitted,

| | |
|---|---|
| LEONARDO LARA | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| | |
| /s/ Philip R. Boncore | By:    /s/ John A. Capin |
| _____ | _____ |
| Philip R. Boncore | John A. Capin |
| Law Office of Philip R. Boncore, P.C. | Assistant U.S. Attorney |
| 1140 Saratoga Street | (617) 748-3264 |
| East Boston, MA 02128 | |
| (617) 561-0999 | |