

# **MEMORANDUM**

| | |
|---|---|
| **To:** | The Honorable Mark L. Wolf, Chief U.S. District Judge |
| **From:** | Craig A. Orze, U.S. Probation Officer |
| **Re:** | Leonardo Lara<br>**Dkt #: 04-10240** |
| **Date:** | May 3, 2008 |

On June 23, 2005, Leonardo Lara appeared before Your Honor for sentencing following his conviction for Bank Robbery. He was sentenced to a 24 month term of probation. The following special conditions were imposed: the defendant is to pay the balance of the restitution according to a court ordered repayment schedule; the defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule; and the defendant is to provide the probation officer access to any requested financial information, which may be shared with the U.S. Attorney's Office.

As Your Honor may recall, Mr. Lara was arrested on November 14, 2006 and wad arraigned in Salem District Court for Possession to Distribute Cocaine and Possession Class B Drug. He was detained in state custody until January 5, 2007, at which time, he appeared before U.S. Magistrate Alexander and was released. The Court released Mr. Lara on bail with conditions that included a 7 pm to 7 am curfew to allow the Probation Office to monitor him more closely. Mr. Lara was directed to resolve his state case so the Court could determine if a revocation hearing would be necessary. On March 14, 2007, Mr. Lara violated his curfew and the Probation Office requested a modification of his bail conditions to include home confinement with electronic monitoring. The Court approved the modification and the defendant was placed on home confinement with electronic monitoring on May 8, 2007. Over the past eleven months the defendant has remained on home confinement with electronic monitoring as a condition of his bail. Likewise, due to the pending violation, he remained on Probation beyond his scheduled termination date of June 23, 2007.

This memorandum is to notify Your Honor of the outcome of Mr. Lara's pending state charges in Salem District Court and request a withdrawal of the Probation Office's petition for revocation. On April 29, 2008, Mr. Lara appeared in Salem District Court to address the pending charges. The Court dismissed the charges upon request of the defendant. The Probation Officer spoke with Assistant District Attorney Jane Prince regarding the case and disposition. Ms. Prince explained that Mr. Lara could not be implicated in the drug possession charges and the State had no evidence to

proceed against him.

The Probation Office believes that his State case has been resolved to an extent which no longer warrants revocation.  Mr. Lara's state charges were the impetus of the Probation Office's petition for revocation.  The Probation Office identified no other violations in the Petition for Warrant submitted to the Court on November 15, 2006.

The Probation Office is recommending that our revocation petition naming Mr. Lara be withdrawn and his term of probation be terminated.  This recommendation is based upon the information presented by the District Attorney's Office along with the documentation from Salem District Court indicating the disposition of the case.

If Your Honor concurs with this recommendation,  please advise by signing below.

                                     Reviewed & Approved by:


                                     /s/ Brain McDonald
                                     Brian McDonald
                                     Supervising U.S. Probation Officer



   X   Revocation Withdrawn and Probation Terminated

\_\_\_\_\_ The Court orders a hearing to resolve this matter



/s/ Mark L. Wolf
The Honorable Mark L. Wolf
Chief U.S. District Court Judge

May 5, 2008